# Court of Appeals
# of the State of Georgia

ATLANTA,   January 08, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0372.  KEVIN CRAWFORD v. THE STATE.**

In 2008, Kevin Crawford was convicted of armed robbery, aggravated assault, and possession of a firearm during the commission of a crime.  We affirmed his convictions on appeal. See *Crawford v. State*, 302 Ga. App. 782 (691 SE2d 660) (2010).  Crawford subsequently filed a motion to correct his allegedly void sentence, arguing, generally, that his convictions should have merged.  The trial court denied the motion, and Crawford filed this appeal.  We lack jurisdiction.

An appeal may lie from an order denying a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Harper v. State*, 286 Ga. 216 n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  Crawford's merger argument, however, is a challenge to his convictions, not to his sentence. See *Williams v. State*, 287 Ga. 192 (695 SE2d 244) (2010). Because Crawford has not raised a valid void-sentence claim, we lack jurisdiction to consider his appeal and it his hereby DISMISSED.  See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010); *Harper*, supra.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,      01/08/2016
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*